# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>        Plaintiff,<br><br>  v.<br><br>HICKS,<br><br>        Defendant. | Case No. 1:13-cv-01878-AWI-MJS (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**(ECF No. 11)** |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff was ordered to pay the $400.00 filing fee, or in the alternative submit an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, by not later than January 21, 2014. The January 21st deadline passed without Plaintiff responding. The Court ordered Plaintiff to show cause why his case should not be dismissed for failure to obey the Court's Order and failure to prosecute. He also was given the option, however, to pay the $400.00 filing fee, or submit a proper application to proceed in forma pauperis. (ECF No. 11.)

On February 3, 2014, Plaintiff filed a Motion to Proceed In Forma Pauperis (ECF No. 12), and the Court granted it. (ECF No. 13.)

Accordingly, for the reasons stated, it is HEREBY ORDERED that the Order to Show

1

Cause (ECF No. 11) is DISCHARGED.

IT IS SO ORDERED.

Dated:  February 11, 2014                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE

2