# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>    Plaintiff,<br><br>  v.<br><br>HICKS,<br><br>    Defendant. | Case No. 1:13-cv-01878-AWI-MJS (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**(ECF No. 16)** |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The Complaint was dismissed for failure to state a claim, but Plaintiff was given leave to file a first amended complaint by not later than January 30, 2014. That deadline was extended to March 3, 2014 at Plaintiff's request. Plaintiff did not file a first amended complaint or seek an extension of time to do so by the March 3rd deadline.

    Plaintiff therefore was ordered to show cause why his action should not be dismissed for failure to act as ordered. He then requested and was granted a further extension of time to file a first amended complaint.

    Accordingly, for the reasons stated, it is HEREBY ORDERED that the order to show cause (ECF No. 16) is DISCHARGED.

IT IS SO ORDERED.

Dated: March 18, 2014             /s/ *Michael J. Seng*
                                                            UNITED STATES MAGISTRATE JUDGE