**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>        Plaintiff,<br><br>  v.<br><br>HICKS,<br><br>        Defendant. | Case No. 1:13-cv-01878-AWI-MJS (PC)<br><br>**ORDER (1) DISCHARGING ORDER TO SHOW CAUSE, (2) GRANTING FOURTH EXTENSION OF TIME TO FILE  FIRST AMENDED COMPLAINT, and (3) DENYING MISCELLANEOUS RELIEF**<br><br>**(ECF Nos. 24, 25)**<br><br>**FIRST AMENDED COMPLAINT DUE WITHIN THIRTY (30) DAYS** |

      Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's Complaint was dismissed for failure to state a claim, but he was given leave to file a first amended complaint by not later than January 30, 2014 (ECF No. 8). Plaintiff requested and the Court granted several extensions of that deadline, (see ECF Nos. 10, 18, 21), such that the first amended complaint is currently due May 12, 2014.

      The May 12, 2014 deadline passed without Plaintiff either filing an amended pleading or seeking an extension of time to do so. The Court ordered Plaintiff either to

1

show cause why the action should not be dismissed for failure to prosecute or file an amended pleading (ECF No. 24). Plaintiff responded by seeking (1) a further extension of time on grounds his recent parole deprived him of his legal and personal property, (2) an order directing non-party prison staff to ship his property to him at state expense up to $1000, and (3) probation officer permission to visit out of state family members (ECF No. 25).

The Court finds good cause to grant a fourth and final extension of time reasonably necessary to file a first amended complaint. However, Plaintiff's requests relating to shipping of his property and for visitation during probation shall be denied. The allegations do not demonstrate any need for and entitlement to such extraordinary relief, see *Oakland Tribune, Inc. v. Chronicle Publishing Company, Inc.*, 762 F.2d 1374, 1376 (9th Cir. 1985), quoting *Apple Computer, Inc. v. Formula International, Inc.*, 725 F.2d 521, 523 (9th Cir. 1984), as against individuals not parties to this action, see Fed. R. Civ. P. 65(d)(2).

Accordingly, for good cause shown, it is HEREBY ORDERED that:

1. The May 19, 2014 order to show cause (ECF No. 24) is DISCHARGED,

2. Plaintiff's fourth motion for extension of time (ECF No. 25) is GRANTED IN PART such that Plaintiff shall file a first amended complaint by **not later than thirty (30) days** following service of this Order and DENIED IN PART as to the requested sixty to ninety day extension, no further extension of time shall be granted,

3. Plaintiff's requests for shipping of his property remaining at the institution and for visitation during probation (ECF No. 25) are DENIED, and

4. If Plaintiff fails to file an amended complaint within the time provided the undersigned shall recommend this action be dismissed, with prejudice, subject to the "three strikes" provision set forth in 28 U.S.C. § 1915(g). *Silva*

*v. Di Vittorio*, 658 F.3d 1090 (9th Cir. 2011).

IT IS SO ORDERED.

Dated:   June 5, 2014            /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE